UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates to:**

*Alexa Goldstein v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 14-cv-10056-DRH

*Yvette Wise v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 10-cv-13124-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 25, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
          **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.08.26
14:50:16 -05'00'

APPROVED:
          DISTRICT JUDGE
          U. S. DISTRICT COURT